# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA
### Criminal Minutes

Before: Judge Gregory G. Hollows

Deputy Clerk: Valerie Callen

Case No. Mag. 03-0207-GGH
Asst. U.S. Atty: Ben Wagner
Interpreter: N/A

Date: September 9, 2003
ECRO: Dona Euler          Tape# CD 1 of 1

UNITED STATES OF AMERICA

v.

Adrian Lamo

| | Appointed | Retained | Federal Defender |
|---|---|---|---|
| | ☐ | ☐ | ☒ Mary French |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |

☐ This District   District of Southern Dist. of New York   Case # 03MAG1540

☐ Indictment ☐ Petty Offense ☒ Complaint ☐ Superseding ☒ Probation Violation ☐ Information

Defendants: ☒ Present ☒ In Custody ☐ Not Appearing

☐ True Name as charged   States True Name is:

☒ Deft. Advised of Rights / Charges ☐ Bail Set

Date of Guilty Plea or Verdict:

Reason of Hearing set for: ☒ Initial Appearance ☐ Other

Preliminary Hearing set for:

Next Appearance:                    For:

Results of Hearing:

The defendant is advised of his rights and the peding charges. The government agrees to release the
defendant on a $250,000.000 bond secured by $100,000.00 in the defendant's Mother's home. The
defendant shall be released today and his parent's shall be allowed to post the bond at a later time. The
defendant is advised of the penalties for failure to appear. The defendant is also instructed to execute
the Notice to the Defendant Being Released. The defendant is ordered to be present in New York, New
York at 26 Federal Plaza by 9/11/03 at 9:00 a.m. The defense request the U.S. Marshal furnish round
trip travel finances to Mr. Lamo so that he is able to travel from Sacramento to New York. The Court's
first thought is to deny this request. But, decides to instruct the U.S. Marshal to pay for the defendant's
travel to New York.

☐ Excludable Time ordered: Starts:          Stops:          Total Days:

Code:

Court Copy

FILED

SEP - 9 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK